In the Matter of MORTON S. COAN, an Attorney, Appellant; ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued October 2, 1944; decided November 16, 1944.

*Alvin C. Cass* for appellant.

*Chester B. McLaughlin, S. C. Lewis* and *Einar Chrystie* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.